No. 4,919.—STATE ex rel. ARTHUR TAYLOR et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Original application for Writ of Prohibition directed against the District Court of the Third Judicial District, and Geo. B. Winston, Judge thereof.

Decided September 13, 1921.

PER CURIAM.—The application of the relators herein for writ of prohibition is, after due consideration, denied.

*Mr. J. H. Duffy* and *Mr. R. E. McHugh,* for Relators.

---

No. 4,884.—LEONORA CONRAD et al., Respondents, *v.* THE DAY HANSEN SECURITY CO., Appellant.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided September 13, 1921.

PER CURIAM.—On motion of respondents to dismiss the appeal herein for failure of appellant to file transcript or brief within the time allowed by law, the appeal is dismissed.

*Mr. S. P. Wilson,* for Respondents.